UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEREMY BEEDLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:14CV02126 ERW |
| ) | |
| TROY STEELE, ) | |
| ) | |
| Respondent. ) | |

# MEMORANDUM AND ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Nicole C. Collins [ECF No. 10], regarding Petitioner Jeremy Beedle's "Motion to Stay Proceedings" [ECF No. 3]. The Court notes no objections were filed to the Report and Recommendation. After consideration of the issues and review of the record, the Court hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation.

In addition, the Court notes Petitioner may seek voluntary dismissal of his pending habeas petition, if he wishes to pursue his new grounds in state court. Thus, Petitioner is ordered to file, by June 22, 2015, either a notice to the Court indicating his intention to proceed with his habeas petition, or a Motion to voluntarily dismiss said habeas petition.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Jeremy Beedle's "Motion to Stay Proceedings" [ECF No. 3] is **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner file, by June 22, 2015, either a notice to the Court indicating his intention to proceed with his habeas petition, or a Motion to voluntarily dismiss the petition.

So Ordered this 21st day of May, 2015.

**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**